## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Stephanie Kerby,

                Plaintiff,

    v.

P.N. Financial, Inc.; and DOES 1-10, inclusive,

                Defendant.

Civil Action No.:  1:11-cv-01379-BEL

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Stephanie Kerby ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 6, 2012

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
1783 Forest Drive, Suite 109
Annapolis, MD  21401
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
ATTORNEYS FOR PLAINTIFF

APPROVED THIS __6th__ DAY OF __February 2012__

*Benson Everett Legg*

BENSON EVERETT LEGG, U.S.D.J.